Andrea Chan, Assistant City Attorney, Tanya Elizabeth Wilder, the City of Houston Legal Department, Noel Anne Lewandos, Houston, TX, for Defendant–Appellee.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

B. Joe Thomson challenges the district court's denial of his motion for a new trial

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

and his application to proceed in forma pauperis ("IFP") on appeal following the dismissal of his civil rights complaint as barred by res judicata. Thomson is effectively challenging the district court's certification that he should not be granted IFP status because his appeal is not taken in good faith. *See Baugh v. Taylor,* 117 F.3d 197, 202 (5th Cir.1997); 28 U.S.C. § 1915(a)(3); FED. R.APP. P. 24(a).

Thomson has not demonstrated that he will raise a nonfrivolous issue on appeal. *See Howard v. King,* 707 F.2d 215, 220 (5th Cir.1983). Accordingly, Thomson's motion to proceed IFP is DENIED, and his appeal is DISMISSED as frivolous. 5TH CIR. R. 42.2; *Baugh,* 117 F.3d at 202 n. 24.

IFP DENIED; APPEAL DISMISSED AS FRIVOLOUS.

**Johanna MARESH, as Next Friend of Regina Maresh, Plaintiff–Appellant**

v.

**Tommy G. THOMPSON, Secretary, Department of Health & Human Services, Defendant–Appellee.**

No. 03–11214.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 30, 2004.

Arthur John Brender, Jr., Law Office of Art Brender, Fort Worth, TX, for Plaintiff–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Mark Bernard Stern, Alisa Beth Klein, U.S. Department of Justice Civil Division—Appellate Staff, Washington, DC, for Defendant–Appellee.

Before KING, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Johanna Maresh appeals the district court's dismissal of her claims for lack of subject matter jurisdiction. The district court concluded that Maresh failed to exhaust her administrative remedies. *See Maresh ex rel Maresh v. Thompson*, 290 F.Supp.2d 737, 737–39 (N.D.Tex.2003). Having reviewed the record and fully considered the parties' arguments, we agree with the Secretary that Maresh's challenge to the Secretary's overpayment determination must be presented administratively before it is reviewed in the district court. Since Maresh filed her district court suit before exhausting her administrative remedies, the district court lacked subject matter jurisdiction over her case. Accordingly, we AFFIRM the district court's judgment for essentially the same reasons stated in its Memorandum Opinion and Order.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.